IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN PIGGOTT #K98713,           )
                                )
            Plaintiff,          )
                                )
     v.                         )    No.  11 C 5957
                                )
DR. PARTHASARATHI GHOSH,        )
et al.,                         )
                                )
            Defendants.         )

MEMORANDUM ORDER

Attorney Julie Negovan, who was appointed from the trial bar to represent pro se plaintiff John Piggott, has noticed up for presentment on March 26 her motion for leave to withdraw as appointed counsel. If the motion were prompted solely by attorney Negovan's unfamiliarity with and lack of experience in the areas of law posed by the lawsuit, this Court might be slow to act on the motion--its perhaps antediluvian mindset that still thinks of lawyers as Renaissance people, capable of applying their general skills to any legal matter presented to them (with appropriate preparation, of course), tends toward keeping an appointed lawyer in place despite the factors Ms. Negovan has legitimately raised.

But in this instance this Court finds controlling the fact that Ms. Negovan is not Chicago-based, so that her having to work on the matter from Philadelphia would clearly pose a real hardship.  Accordingly Ms. Negovan's motion is granted without the need for her to appear on the March 26 presentment date, and this Court will promptly obtain the name of a substitute counsel

from among the members of the trial bar.

_____
Milton I. Shadur
Senior United States District Judge

Date:  March 21, 2013